Erich P. Wise (State Bar No. 63219)
erichw@fdw-law.com
Aleksandrs E. Drumalds (State Bar No. 237101)
aleksd@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:   (562) 435-2626
Facsimile:   (562) 437-7555

Lawrence J. Kahn [Pro Hac Vice Application Pending]
kahn@freehill.com
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, New York 10005-1759
Telephone: (212) 425-1900
Facsimile: (212) 425-1901

Attorneys for Plaintiff
PIONEER FREIGHT FUTURES COMPANY LIMITED
(IN LIQUIDATION)

Process Issued

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PIONEER FREIGHT FUTURES COMPANY LIMITED (IN LIQUIDATION),<br><br>Plaintiff,<br><br>vs.<br><br>MARINE TRADE, S.A. and RIZZO BOTTIGLIERI-DE CARLINI ARMATORI, S.P.A.,<br><br>Defendants. | Case No. CV11 10313-PA (VBKx)<br><br>**IN ADMIRALTY**<br><br>**[PROPOSED] ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**<br><br><u>FILED UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1</u> |

– 1 –

[PROPOSED] ORDER AUTHORIZING ISSUANCE OF PROCESS OF
MARITIME ATTACHMENT AND GARNISHMENT                                    CASE NO.

Having reviewed and considered that Ex Parte Application for Issuance of Process of Maritime Attachment and Garnishment of Plaintiff PIONEER FREIGHT FUTURES COMPANY LIMITED (IN LIQUIDATION) and the Verified Complaint for maritime attachment filed herein, together with the Attorney Declaration that Defendants cannot be found in the District, and finding that the conditions of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure appear to exist, the Court hereby:

**ORDERS** that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment directing the United States Marshal for the Central District of California to attach of all tangible and intangible property of the Defendants, as described therein, including, but not limited to, the vessel ADELE MARINA RIZZO, any cargoes, cash, funds, escrow funds, debts, credits, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, and/or any other assets of, belonging to, due or being transferred to, from, or for the benefit of the Defendants (hereinafter, "ASSETS"), including, but not limited to, such ASSETS as may be held, received, or transferred for their benefit (or for the benefit of either) at, through, or within the possession, custody, of banking institutions and/or other institutions and/or such other garnishee(s), including, but not limited to, General Steamship Agencies, Inc., 2525 Cherry Avenue, Suite 350, Signal Hill, CA 90755 and Transmarine Navigation Corporation, 301 E. Ocean Blvd. Suite 590, Long Beach, CA 90802, on whom a copy of the Process of Maritime Attachment and Garnishment may be served, in the amount of $100,843,606.69 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure in respect to the claims against the Defendants as identified in the Verified Complaint and as specified in the Process, and it is

///

///

[PROPOSED] ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT            CASE NO.

**FURTHER ORDERED** that any person claiming an interest in the property attached or garnished pursuant hereto may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff, be entitled to an order requiring Plaintiff to show cause forthwith why the attachment should not be vacated or other relief granted; and it is

**FURTHER ORDERED** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment; and it is

**FURTHER ORDERED** that supplemental process enforcing the Court's Order herein may be issued and served without further order of the Court;

**FURTHER ORDERED** that the ASSETS in the hands of the Defendant(s) and any garnishees, and that are attached pursuant to this Order, may be released from seizure without the necessity of further orders of this Court, provided that the Marshal, competent substitute custodian or garnishee receives written authorization to do so from the attorney who requested the attachment and garnishment, stating that he/she has conferred with all attorneys representing parties to the litigation, and they consent to the request for the release, and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the property which was attached pursuant to this Order; and it is

**FURTHER ORDERED** that following service of this Order and the Process of Maritime Attachment and Garnishment, the ADELE MARINA RIZZO may engage in bunkering operations and the loading or discharge of cargo aboard the vessel (so long as the cargo is not the property of either Defendant), and the vessel may proceed with the unimpeded commencement and/or continuation of any and all other vessel operations while under attachment, including all crew-related matters, visitation by inspectors, surveyors, agents, etc., and do any and all other manner of operations that the vessel would otherwise conduct except that the ADELE MARINA RIZZO cannot leave the Central District of California.

/ / /

– 3 –

[PROPOSED] ORDER AUTHORIZING ISSUANCE OF PROCESS OF
MARITIME ATTACHMENT AND GARNISHMENT          CASE NO.

**IT IS SO ORDERED.**

**SIGNED** at Los Angeles, California this 14th day of December 2011.

_____
UNITED STATES
DISTRICT/MAGISTRATE JUDGE

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

– 4 –

[PROPOSED] ORDER AUTHORIZING ISSUANCE OF PROCESS OF
MARITIME ATTACHMENT AND GARNISHMENT        CASE NO.

Erich P. Wise (State Bar No. 63219)
erichw@fdw-law.com
Aleksandrs E. Drumalds (State Bar No. 237101)
aleksd@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:   (562) 435-2626
Facsimile:   (562) 437-7555

Lawrence J. Kahn [Pro Hac Vice Application Pending]
kahn@freehill.com
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, New York 10005-1759
Telephone: (212) 425-1900
Facsimile: (212) 425-1901

Attorneys for Plaintiff
PIONEER FREIGHT FUTURES LIMITED
(IN LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PIONEER FREIGHT FUTURES LIMITED (IN LIQUIDATION), <br><br> Plaintiff, <br><br> vs. <br><br> MARINE TRADE, S.A. and RIZZO BOTTIGLIERI-DE CARINI ARMATORI, S.P.A., <br><br> Defendants. | Case No.: <br><br> **IN ADMIRALTY** <br><br> **[PROPOSED] ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** <br><br> <u>FILED UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1</u> |