Erich P. Wise (State Bar No. 63219)
erichw@fdw-law.com
Aleksandrs E. Drumalds (State Bar No. 237101)
aleksd@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

Lawrence J. Kahn (Admitted Pro Hac Vice)
kahn@freehill.com
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005-1759
Telephone: (212) 425-1900
Facsimile: (212) 425-1901

Attorneys for Plaintiff
PIONEER FREIGHT FUTURES COMPANY LIMITED
(IN LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PIONEER FREIGHT FUTURES COMPANY LIMITED (IN LIQUIDATION),<br><br>Plaintiff,<br><br>vs.<br><br>MARINE TRADE, S.A. and RIZZO BOTTIGLIERI-DE CARLINI ARMATORI, S.P.A.,<br><br>Defendants. | Case No.: 11-CV-10313-PA (VBKx)<br><br>**IN ADMIRALTY**<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO VACATE PRIOR ORDER SEALING CIVIL ACTION** |

1   Plaintiff Pioneer Freight Futures Company Limited ("PFF") applies ex parte
2   for an order to vacate the Court's previous order of December 14, 2011, that sealed
3   this civil action in its entirety. The prior order sealing the action was sought at
4   PFF's request for the purpose of ensuring that the vessel which was to be attached
5   did not leave the jurisdiction as a result of Defendants learning of a public filing
6   related to the attachment. This procedure was utilized because PFF was aware that
7   the U.S. Marshal Service would not be able to actually effectuate the attachment of
8   the vessel until several hours after the attachment order and process of attachment
9   were issued.

10  The limited purpose behind sealing the action was evident by the fact that
11  PFF sought to have seal removed simultaneously with the Deputy U.S. Marshal
12  filing his return. Under the Supplemental Admiralty Rules, the Marshal shall
13  promptly file a return after attachment, but the Civil Process section for the U.S.
14  Marshal Service has faced a staffing shortage over the past few days, and as a
15  result, the seal has not been lifted. PFF's intention was that the seal have been
16  lifted no later than December 15, 2011.

17  Since there is no longer any need for action to be seal, but because the U.S.
18  Marshal has not yet file his return, and because there is no prejudice to any party in
19  lifting the seal, it is respectfully submitted that the seal order of December 14, 2011,
20  be vacated with immediate effect and that the docket be made publicly accessible
21  via PACER and CM/ECF.

Dated:  December 21, 2011                    Respectfully submitted,

                                             FLYNN, DELICH & WISE LLP

                                        By:  /s/ Aleksandrs E. Drumalds
                                             Erich P. Wise
                                             Aleksandrs E. Drumalds
                                             Attorneys for Plaintiff
                                             PIONEER FREIGHT FUTURES
                                             COMPANY LIMITED (IN LIQUIDATION)

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

PLAINTIFF'S EX PARTE APPLICATION TO VACATE PRIOR
ORDER SEALING CIVIL ACTION                              CASE NO. 11-CV-10313-PA(VBKx)