| | |
|---|---|
| 1 | Erich P. Wise (State Bar No. 63219) |
| | erichw@fdw-law.com |
| 2 | Aleksandrs E. Drumalds (State Bar No. 237101) |
| 3 | aleksd@fdw-law.com |
| | FLYNN, DELICH & WISE LLP |
| 4 | One World Trade Center, Suite 1800 |
| 5 | Long Beach, CA 90831-1800 |
| | Telephone:  (562) 435-2626 |
| 6 | Facsimile:   (562) 437-7555 |
| 7 | |
| 8 | Lawrence J. Kahn (Admitted Pro Hac Vice) |
| | kahn@freehill.com |
| 9 | Freehill, Hogan & Mahar, LLP |
| 10 | 80 Pine Street |
| | New York, NY 10005-1759 |
| 11 | Telephone:  (212) 425-1900 |
| 12 | Facsimile:   (212) 425-1901 |

FILED
CLERK, U.S. DISTRICT COURT
DEC 22 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiff
PIONEER FREIGHT FUTURES COMPANY LIMITED
(IN LIQUIDATION)

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PIONEER FREIGHT FUTURES COMPANY LIMITED (IN LIQUIDATION),<br><br>Plaintiff,<br><br>vs.<br><br>MARINE TRADE, S.A. and RIZZO BOTTIGLIERI-DE CARLINI ARMATORI, S.P.A.,<br><br>Defendants. | Case No.: 11-CV-10313-PA (VBKx)<br><br>**IN ADMIRALTY**<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO VACATE PRIOR ORDER SEALING CIVIL ACTION** |

– 1 –

[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION
TO VACATE PRIOR ORDER SEALING CIVIL ACTION           CASE NO. 11-CV-10313-PA(VBKx)

The Court has reviewed and considered Plaintiff's Ex Parte Application for an order to vacate the Court's previous order of December 14, 2011, that sealed this civil action in its entirety.

Based on this application and relief requested therein, the Court **ORDERS** that the prior seal order of December 14, 2011, is vacated with immediate effect and that the docket is now made publicly accessible via PACER and CM/ECF.

**IT IS SO ORDERED.**

DATED: December 22, 2011

_____
U.S. MAGISTRATE JUDGE