Erich P. Wise (State Bar No. 63219)
erichw@fdw-law.com
Aleksandrs E. Drumalds (State Bar No. 237101)
aleksd@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

Lawrence J. Kahn [Pro Hac Vice Application Pending]
kahn@freehill.com
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, New York 10005-1759
Telephone: (212) 425-1900
Facsimile: (212) 425-1901

Attorneys for Plaintiff
PIONEER FREIGHT FUTURES COMPANY LIMITED
(IN LIQUIDATION)

FILED
CLERK U.S DISTRICT COURT
AUG - 5 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PIONEER FREIGHT FUTURES COMPANY LIMITED (IN LIQUIDATION), <br><br> Plaintiff, <br><br> vs. <br><br> MARINE TRADE, S.A. and RIZZO BOTTIGLIERI-DE CAR:INI ARMATORI, S.P.A., <br><br> Defendants. | Case No.: CV11 10313-PA (VBKx) <br><br> **IN ADMIRALTY** <br><br> **PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** <br><br> ~~FILED UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1~~ |

– 1 –

PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT          CASE NO.

TO: UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OFCALIFORNIA

GREETINGS:

WHEREAS, a Verified Complaint has been filed in the United States District Court for the Central District of California on the 13th day of December, 2011 with a claim against Defendants MARINE TRADE, S.A. and RIZZOBOTTIGLIERI-DE CARINI ARMATORI, S.P.A. for amounts due Plaintiff PIONEER FREIGHT FUTURES LIMITED (IN LIQUIDATION) from Defendants in connection with a claim for breaches of maritime forward freight agreement ("FFA") contracts and praying for Process of Maritime Attachment and Garnishment against the said Defendants in the amount of $100,843,606.69, accompanied by a Declaration pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure stating that, to the best of declarant's knowledge, or on information and belief, the Defendants cannot be found within the District, together with a Motion for Issuance of Process of Maritime Attachment and Garnishment, and:

**WHEREAS,** the Court reviewed the Verified Complaint and Affidavit and found that the conditions of Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment;

**WHEREAS**, this Process is issued pursuant to such prayer and requires that a garnishee shall serve its Answer, together with answers to any interrogatories served with the Verified Complaint, within 21 days after service of process upon it and requires that Defendants shall serve its answers within 21 days after process has been executed, whether by attachment of property or service on the garnishees or arrest/attachment of property within the possession of the garnishees.

///

///

PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT          CASE NO.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

1  **NOW, THEREFORE**, we do hereby empower, strictly charge, and command you, the said Marshal, that if the said Defendants cannot be found within the District, you attach all assets within this District comprising of the vessel ADELE MARINA RIZZO, any cargoes, cash, funds, escrow funds, credits, debts, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other assets of, belonging to, due or being transferred for the benefit of the said Defendants, or either of them (collectively hereinafter, "ASSETS"), including, but not limited to, such ASSETS as may be held, received, or transferred in the Defendants' own names or as may be held, received, or transferred for their benefit (of for the benefit of either) at, through, or within the possession, custody, or control of banking institutions and/or other institutions, including, but not limited to, General Steamship Agencies, Inc. and Transmarine Navigation Corporation, together with any such ASSETS as may be held by any other garnishee(s) on whom a copy of this Process of Maritime Attachment and Garnishment may be served, and that you seize them and promptly after execution of this Process, file the same in this Court with your return thereon.

We do further hereby further empower, strictly charge and command you, the said Marshal, to instruct any Garnishees served, including the ADELE MARINA RIZZO, General Steamship Agencies, Inc., and Transmarine Navigation Corporation, to maintain custody and possession of the ASSETS or other tangible or intangible property held by the Defendants in a fiduciary capacity for, or are otherwise claimed by Defendants and, having served this writ, to make due and prompt return.

Following service of the Order and this Process of Maritime Attachment and Garnishment, the ADELE MARINA RIZZO may engage in bunkering operations and the loading or discharge of cargo aboard the vessel (so long as the cargo is not the property of either Defendant), and the vessel may proceed with the unimpeded commencement and/or continuation of any and all other vessel operations while

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

1  under attachment, including all crew-related matters, visitation by inspectors,
2  surveyors, agents, etc., and do any and all other manner of operations that the vessel
3  would otherwise conduct except that the ADELE MARINA RIZZO cannot leave the
4  Central District of California.
5      Witness, the Honorable VICTOR B. KENTON Judge/Magistrate of the
6  United States District Court for the Central District of California this 14th day of
7  December 2011

                United States
                Clerk for the Central District of California

        By: _____
              Deputy Clerk

Attorneys for Plaintiff: Erich P. Wise and Aleksandrs E. Drumalds, Flynn, Delich & Wise, LLP, One World Trade Center, Suite 1800, Long Beach, California 90831, (562) 435-2626.

**NOTE**: This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

-4-

PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT    CASE NO.

Erich P. Wise (State Bar No. 63219)
erichw@fdw-law.com
Aleksandrs E. Drumalds (State Bar No. 237101)
aleksd@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:   (562) 435-2626
Facsimile:   (562) 437-7555

Lawrence J. Kahn [Pro Hac Vice Application Pending]
kahn@freehill.com
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, New York 10005-1759
Telephone: (212) 425-1900
Facsimile: (212) 425-1901

Attorneys for Plaintiff
PIONEER FREIGHT FUTURES COMPANY LIMITED
(IN LIQUIDATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PIONEER FREIGHT FUTURES COMPANY LIMITED (IN LIQUIDATION),<br><br>Plaintiff,<br><br>vs.<br><br>MARINE TRADE, S.A. and RIZZO BOTTIGLIERI-DE CARLINI ARMATORI, S.P.A.,<br><br>Defendants. | Case No.:<br><br>**IN ADMIRALTY**<br><br>**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**<br><br><u>FILED UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1</u> |